AO 93 (Rev. 11/13) Search and Seizure Warrant (Page 2)

## Return

| Case No.: | Date and time warrant executed: | Copy of warrant and inventory left with: |
|---|---|---|
| 1:20-MJ-00074 | 1/30/2020 1:04 PM | Google, Inc. |

Inventory made in the presence of:
Jason Kearns

Inventory of the property taken and name of any person(s) seized:

Nothing Seized

FILED
RICHARD W. NAGEL
CLERK OF COURT

2020 NOV 10  AM 11:57

U.S. DISTRICT COURT
SOUTHERN DIST. OHIO
WEST. DIV. CINCINNATI

## Certification

I declare under penalty of perjury that this inventory is correct and was returned along with the original warrant to the designated judge.

Date: 9/24/2020

_____
Executing officer's signature

Jason G. Kearns Special Agent
Printed name and title